UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------- x
In re:                                                      :
                                                            : Chapter 11
LTL MANAGEMENT LLC,[1]                                      :
                                                            : Case No. 21-10795 (DSJ)
                    Debtor.                                 :
----------------------------------------------------------- x
                                                            :
LTL MANAGEMENT LLC,                                         :
                                                            :
                                                            :
                              Plaintiff,                    : Adv. Pro. No. 21-03032 (DSJ)
                                                            :
        v.                                                  :
                                                            :
                                                            :
THOSE PARTIES LISTED ON                                     :
APPENDIX A TO COMPLAINT                                     :
and JOHN AND JANE                                           :
DOES 1-1000,                                                :
                                                            :
                              Defendants.                   :
                                                            :
----------------------------------------------------------- x
THE OFFICIAL COMMITTEE OF                                   :
TALC CLAIMANTS I,                                           :
                                                            : Civil Action No. 22-cv-01339 (FLW)
                              Appellant,                    : Civil Action No. 22-cv-01350 (FLW)
                                                            :
        v.                                                  :
                                                            :
LTL MANAGEMENT LLC,                                         :
                                                            :
                              Appellee.                     :
----------------------------------------------------------- x
COMMITTEE OF TALC CLAIMANTS,                                :
                                                            :
                              Appellant,                    : Civil Action No. 22-cv-01620 (FLW)
                                                            :
        v.                                                  :
                                                            :
LTL MANAGEMENT LLC,                                         :

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

1

|  |  |
|---|---|
| Appellee. | : |
| ------------------------------------------------------------ x | |
| THE OFFICIAL COMMITTEE OF TALC CLAIMANTS II, KRISTIE DOYLE as Estate Representative of Dan Doyle, KATHERINE TOLLEFSON, TONYA WHETSEL, as Estate Representative of Brandon Whetsel, RANDY DEROUEN, PATRICIA COOK, and EVAN PLOTKIN, | : <br> : <br> : <br> : Civil Action No. 22-cv-01289 (FLW) <br> : Civil Action No. 22-cv-01296 (FLW) <br> : Civil Action No. 22-cv-01303 (FLW) <br> : |
| Appellants, | : |
| v. | : |
| LTL MANAGEMENT LLC, | : |
| Appellee. | : |
| ------------------------------------------------------------ x | |
| AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ, PLLC, | : <br> : <br> : Civil Action No. 22-cv-01292 (FLW) |
| Appellant, | : Civil Action No. 22-cv-01280 (FLW) |
| v. | : |
| LTL MANAGEMENT LLC, | : |
| Appellee. | : |
| ------------------------------------------------------------ x | |
| ARNOLD & ITKIN LLP, | : |
| Appellant, | : Civil Action No. 22-cv-01387 (FLW) |
| v. | : |
| LTL MANAGEMENT LLC, | : |
| Appellee. | : |
| ------------------------------------------------------------ x | |

2

## ORDER STAYING BRIEFING SCHEDULE

UPON the Motion[2] filed jointly by the above-captioned Appellants and Appellee seeking entry of an order, pursuant to Federal Rules of Bankruptcy Procedure 8013(b), 8018(a), and 9006(b) and the Court's inherent power to manage its docket, staying briefing on the appeals pending the Court of Appeals' ruling on the Petitions; and sufficient notice of the Motion having been given; and due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the briefing on the above-captioned appeals (Bankr. Dkts. 1651, 1652, 1653, 1696, and 1710; Adv. Dkts. 189, 190, 201, and 202) is hereby stayed pending resolution of the Petitions by the Court of Appeals.

Hon. Freda L. Wolfson
U.S. Chief District Judge
April 18, 2022

---

[2] Capitalized terms used but not defined herein shall have the meaning given to them in the Motion.